PS-8 (12/04)
VAE (rev 10/11)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Jared Edward JAUREQUI                    Docket No. 1:19-CR-253-005

### Addendum to Petition for Action on Conditions of Pretrial Release

COMES NOW, U.S. PROBATION OFFICER NICOLE R. ANDREWS, presenting an official report upon the conduct of defendant **Jared Edward JAUREQUI**, who was continued under pretrial release supervision by YOUR HONOR, sitting in the court at Alexandria, VA, on October 11, 2019, under the following conditions:

1) Report on a regular basis to Pretrial Services; 2) Undergo substance abuse testing and/or treatment as directed; 3) Continue or actively seek employment, 4) Travel restricted to the District of Nevada and the Washington, D.C. metropolitan area, for court purposes; 5) Reside at current residence and not move without prior approval of the Court or Pretrial Services; 6) Avoid all contact, directly or indirectly, with any co-defendants or potential witnesses related to the charged offense unless in the presence of counsel, except for husband, Kristopher Dallmann; and 7) Participate in a program approved by the Pretrial Services Office for mental health treatment. The defendant shall waive all rights of confidentially regarding the mental health to allow the release of information to the Probation/Pretrial Services Office and authorize communication between the probation officer and the mental health treatment provider.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

1) The defendant failed to report as directed to U.S. Pretrial Services Officer Emily McKillip in the District of Nevada on November 4, 2019; 2) The defendant failed to report as required to submit a random urine specimen on November 15, 2019 in the District of Nevada; and 3) The defendant failed to report as required to submit a random urine specimen on November 18, 2019 in the District of Nevada.

PRAYING THAT THE COURT WILL address the aforementioned violations at the defendant's sentencing hearing before the Court on December 6, 2019, and the defendant be made to show cause why his conditions of release should not be revoked.

**ORDER OF COURT**

Considered and ordered this 20th day of Nov, 2019 and ordered filed and made a part of the records in the above case.

_____
T. Ellis, III
Senior U.S. District Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: November 20, 2019

Nicole R. Andrews
Digitally signed by Nicole R. Andrews
Date: 2019.11.20 10:44:34 -05'00'

_____
Nicole R. Andrews
U.S. Probation Officer

Page 1