# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Jared Edward Jaurequi                             Docket No. 1:19-CR-253-005

### Petition for Action on Conditions of Pretrial Release

COMES NOW, U.S. PROBATION OFFICER Nicole R. Andrews, presenting an official report upon the conduct of defendant <u>Jared Edward Jaurequi</u>, who was continued on pretrial release supervision by Your Honor sitting in the court at Alexandria, Virginia, on October 11, 2019, under the following conditions:

1) Report on a regular basis to Pretrial Services; 2) Undergo substance abuse testing and/or treatment as directed; 3) Continue or actively seek employment, 4) Travel restricted to the District of Nevada and the Washington, D.C. metropolitan area, for court purposes; 5) Reside at current residence and not move without prior approval of the Court or Pretrial Services; 6) Avoid all contact, directly or indirectly, with any co-defendants or potential witnesses related to the charged offense unless in the presence of counsel, except for husband, Kristopher Dallmann; and 7) Participate in a program approved by the Pretrial Services Office for mental health treatment. The defendant shall waive all rights of confidentially regarding the mental health to allow the release of information to the Probation/Pretrial Services Office and authorize communication between the probation officer and the mental health treatment provider.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

On December 12, 2019, the defendant failed to report as directed to U.S. Pretrial Services Officer Emily McKillip in the District of Nevada.

On December 12, 2019, the defendant failed to submit a urine specimen as required in the District of Nevada.

On December 16, 2019, the defendant failed to submit a urine specimen as required in the District of Nevada.

On December 19, 2019, the defendant failed to report as directed to Officer Emily McKillip.

PRAYING THAT THE COURT WILL issue a <u>**SUMMONS**</u> and require the defendant to return to court and show cause why his conditions of release should not be revoked.

RETURNABLE DATE: Jan. 10, 2020 @ 9 a.m.

**ORDER OF COURT**

Considered and ordered this 2d day of Jan. 20 20 and ordered filed and made a part of the records in the above case.

_____
T.S. Ellis, III
Senior U.S. District Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: December 31, 2019

Nicole R. Andrews  Digitally signed by Nicole R. Andrews
Date: 2019.12.31 13:37:49 -05'00'

_____
Nicole R. Andrews
U.S. Probation Officer
(703) 366-2111