PS-8 (12/04)
VAE (rev. 10/11)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Jared Edward Jaurequi                     Docket No. 1:19-CR-253

### Addendum to Petition for Action on Conditions of Pretrial Release

COMES NOW, U.S. PROBATION OFFICER Nicole R. Andrews, presenting an official report upon the conduct of defendant **Jared Edward Jaurequi**, who was continued under pretrial release supervision by Your Honor, sitting in the court at Alexandria, Virginia, on October 11, 2019, under the following conditions:

1) Report on a regular basis to Pretrial Services; 2) Undergo substance abuse testing and/or treatment as directed; 3) Continue or actively seek employment; 4) Travel restricted to the District of Nevada and the Washington, D.C. metropolitan area, for court purposes; 5) Reside at current residence and not move without prior approval of the Court or Pretrial Services; 6) Avoid all contact, directly or indirectly, with any co-defendants or potential witnesses related to the charged offense unless in the presence of counsel, except for husband, Kristopher Dallmann; and 7) Participate in a program approved by the Pretrial Services Office for mental health treatment. The defendant shall waive all rights of confidentially regarding the mental health to allow the release of information to the Probation/Pretrial Services Office and authorize communication between the probation officer and the mental health treatment provider.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant submitted a diluted urine specimen on January 6, 2020, in the District of Nevada, which screened positive for methamphetamines.

PRAYING THAT THE COURT WILL address the aforementioned violations at the defendant's hearing before the Court on January 10, 2020, and the defendant be made to show cause why his conditions of release should not be revoked.

**ORDER OF COURT**

Considered and ordered this 8th day of Jan, 2020 and ordered filed and made a part of the records in the above case.

_____
T.S. Ellis, III
Senior U.S. District Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: January 8, 2020

Nicole R. Andrews  *Digitally signed by Nicole R. Andrews Date: 2020.01.08 14:11:07 -05'00'*

Nicole R. Andrews
U.S. Probation Officer