IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 1:19-CR-253 |
| ) | |
| ) | |
| KRISTOPHER LEE DALLMANN, *et al.*, ) | |
| Defendants. ) | |

## ORDER

On Friday, July 17, 2020, the government filed an *ex parte* pleading (Dkt. 362). The government's request to file this pleading under seal and *ex parte* is denied, and this *ex parte* pleading has not been and will not be reviewed before it is served on the defendants. The government may withdraw this pleading on or before Tuesday, July 21, 2020 at 5:00 p.m. If the pleading has not been withdrawn by that time, an Order will enter that directs the Clerk's Office to serve the *ex parte* pleading on all defendants, and the Court will proceed to consider the pleading in the ordinary course.

Accordingly,

It is hereby **ORDERED** that the government's request to file the July 17, 2020 pleading (Dkt. 362) *ex parte* and under seal is **DENIED**.

It is further **ORDERED** that in the event the government elects not to withdraw the pleading on or before Tuesday, July 21, 2020 at 5:00 p.m., an Order will enter that directs the Clerk's Office to serve the *ex parte* and under seal pleading on all defendants, and the Court will proceed to consider the pleading in the ordinary course.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
July 17, 2020

/s/
T. S. Ellis, III
United States District Judge

1