IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 1:19-CR-253 |
| | ) |
| KRISTOPHER LEE DALLMANN, *et al.*, | ) |
| Defendants. | ) |

## ORDER

On Thursday, July 9, 2020, defendants Kristopher Lee Dallmann and Jared Edward Jaurequi failed to appear in the Eastern District of Virginia for scheduled hearings, and bench warrants were issued for defendants' arrest. *United States v. Dallmann*, 1:19-cr-253 (E.D. Va. July 9, 2020) (Order). On Monday, July 20, 2020, defendants Dallmann and Jaurequi filed a joint Motion for Reconsideration of the issuance of the bench warrants. A response from the government would aid the decisional process on defendants' Motion for Reconsideration.

Accordingly,

It is hereby **ORDERED** that the government is **DIRECTED** to file a brief in response to defendants' Motion for Reconsideration (Dkt. 364) by **Thursday, July 23, 2020 at 12:00 p.m.**

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
July 21, 2020

/s/
T. S. Ellis, III
United States District Judge