# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 1:19-CR-253 |
| v. | The Honorable T.S. Ellis, III |
| KRISTOPHER LEE DALLMANN, and | |
| JARED EDWARD JAUREQUI, a/k/a Jared Edwards, | |
| *Defendants*. | |

## NOTICE OF AMERICAN AIRLINES'S PRODUCTION OF RECORDS

On July 22, 2020, the Court entered an Order directing the Clerk of the Court to issue a subpoena to American Airlines requiring the production of certain records to the Clerk's Office no later than August 13, 2020. This subpoena was issued pursuant to Federal Rule of Criminal Procedure 17 and in connection with Defendant Kristopher Lee Dallmann's and Defendant Jared Edward Jaurequi's upcoming hearings on their pretrial release violations.

The Clerk's Office issued such a subpoena on July 23, 2020, and undersigned counsel provided a copy of the subpoena to the Federal Bureau of Investigation for purposes of effectuating service. The FBI identified the appropriate point of contact at American Airlines and sent the subpoena by email to this individual on July 27, 2020.

On July 31, 2020, the FBI advised undersigned counsel that American Airlines had responded to this Court's subpoena by emailing records directly to the FBI on July 29, 2020. The government is unaware if American Airlines intends to separately transmit the records to the Clerk's Office. The FBI has advised that it reviewed the records American Airlines produced

upon receipt, but FBI has not conveyed to undersigned counsel the contents of those records. Undersigned counsel has received the records but has not reviewed them.

In order to adhere to the Court's July 22, 2020 Order, the government has submitted the emailed records to the Clerk's Office along with a copy of this Court's Order.   Undersigned counsel will not review the records without further direction from the Court.   In addition, undersigned counsel will not provide these records to defense counsel until the Court authorizes such a disclosure.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

Date: July 31, 2020          By:            /s/
Alexander P. Berrang
William Fitzpatrick
Assistant United States Attorneys
U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: 703-299-3769
Fax: 703-299-3981
Email: Alexander.P.Berrang@usdoj.gov

By:            /s/
Matthew A. Lamberti
Special Assistant United States Attorney,
    Eastern District of Virginia
Senior Counsel,
Computer Crime and Intellectual Property Section
    United States Department of Justice
1301 New York Avenue, NW, Suite 600
Washington, DC 20530
Phone: (202) 514-1026
Email: Matthew.Lamberti@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically generated a Notice of Electronic Filing to the parties of record.

By:       /s/
     Alexander P. Berrang
     Assistant United States Attorney
     U.S. Attorney's Office
     2100 Jamieson Avenue
     Alexandria, Virginia 22314
     Tel: 703-299-3700
     Fax: 703-299-3981
     Email: Alexander.P.Berrang@usdoj.gov